RECEIVED
IN LAKE CHARLES, LA

APR 1 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CAROLYN CARTER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 05-0624 |
| | ) | |
| JO ANNE B. BARNHART, | ) | JUDGE MINALDI |
| Commissioner of the | ) | MAGISTRATE JUDGE WILSON |
| Social Security Administration, | ) | |
| Defendant. | ) | |

## JUDGMENT

After consideration of Defendant's Motion to Reverse and Remand and Incorporated Memorandum, the Court finds that the Motion is well-taken and should be granted. Therefore, the Court reverses the decision of the Commissioner and,

**ORDERS** that the above-captioned matter be remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings. The case will be remanded to an Administrative Law Judge (ALJ) for further development and a new decision. This case should be consolidated with an earlier case, which was remanded and is pending hearing (Civil Action No. 02-1688). Specifically, upon remand, the ALJ will consider the exertional limitations on lifting and handling objects assessed by Vanessa Thomas, M.D., and by the State Agency reviewing physician. Vocational expert testimony should obtained, if appropriate, to determine the impact of any functional limitations on Plaintiff's ability to work.

SIGNED this 12 day of March, 2006 in Lake Charles, Louisiana.

UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE